SUSANNAH L. DORLAND, as Administratrix, etc., Appellant, *v.*
THE MAYOR, ALDERMEN AND COMMONALTY OF THE CITY OF
NEW YORK et al., Respondents.

(Argued March 17, 1887; decided April 19, 1887.)

*Culver & Betts* for appellant.

*D. J. Dean* for respondents.

Agree to affirm ; no opinion.
All concur
Judgment affirmed.

---

ARTHUR QUINN, Respondent, *v.* THE LONG ISLAND RAILROAD
COMPANY, Appellant.

(Argued March 21, 1887; decided April 19, 1887.)

*Edward E. Sprague* for appellant.

*William G. Cooke* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.